

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
KIMBERLY A. NELSON, ESQ.
Nevada Bar No. 15295
E-mail: Kimberly.Nelson@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for LVGV, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Catherine Aguinaldo Lucas,<br><br>Plaintiff,<br><br>vs.<br><br>LVGV, LLC dba M Resort Spa Casino, a domestic limited-liability company; Does I through X; and Roe Entities I through X,<br><br>Defendants. | Case No.: 2:24-cv-00947<br><br>**Order Granting Stipulation and Order to Dismiss with Prejudice** |

The parties stipulate to dismiss with prejudice, each to bear their own fees and costs.

DATED this 24th day of April, 2025.

TANNER LAW FIRM


BY: */s/ David A. Tanner*
DAVID A. TANNER
Nevada Bar No. 8282
Attorneys for Plaintiff

DATED this 24th day of April, 2025.



BY: */s/ Michael Lowry*
MICHAEL P. LOWRY
Nevada Bar No. 10666
Attorneys LVGV, LLC

IT IS SO ORDERED.


_____
DISTRICT COURT JUDGE

DATED this 25th day of April, 2025.

1

302925004v.1